# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY E. MYERS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| -vs- | ) Case No. 23-2553-DWD |
| | ) |
| **BRENDAN KELLY, in his official** | ) |
| **capacity as Director of the Illinois State** | ) |
| **Police,** | ) |
| | ) |
|     **Defendant.** | ) |

## RESPONSE TO SHOW CAUSE

In response to this Court's show cause order, Plaintiff and counsel apologize for the delay in filing the document, note it has since been filed, and counsel offers no excuse and accepts responsibility for the delay.

WHEREFORE, Plaintiff humbly requests this Court discharge the show cause order.

Dated: 9-12-2023                                               Respectfully Submitted,

                                                                               *s/*Thomas G. Maag

                                                                               Thomas G. Maag #6272640
                                                                               Maag Law Firm, LLC
                                                                               22 West Lorena Avenue
                                                                               Wood River, IL  62095
                                                                               Phone:  618-216-5291
                                                                               tmaag@maaglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed, using the CM/ECF system, which will send notification to the following:

Robert Hogue #6318000
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 782-5819

Email: robert.hogue@ilag.gov
gls@ilag.gov

Dated:  9-12-2023                               *s/*Thomas G. Maag