IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY E. MYERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) Case No. 23-2553-DWD |
| | ) |
| **BRENDAN KELLY, in his official capacity as Director of the Illinois State Police,** | ) ) ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO REMAND

That Defendant removed this case claiming federal subject matter jurisdiction. Plaintiff does not dispute that this case states federal causes of action, and thus, initially did not move to remand. However, since removal, Defendant has moved to dismiss Count II, claiming lack of federal subject matter jurisdiction over Count II.

It is rather incongruous to, on one hand, claim federal subject matter jurisdiction in Notice of Removal, and then in the next, claim a Count should be dismissed for lack of subject matter jurisdiction, but that is what has happened.

28 U.S.C. 1447(c) makes clear that, "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." Thus, if Defendant is correct about this Court's jurisdiction over Count II, it is back to state court that count must go.

WHEREFORE, Plaintiff humbly requests this Court remand to state court Count II of the Complaint.

Dated: 9-12-2023						Respectfully Submitted,

								*s/*Thomas G. Maag

								Thomas G. Maag #6272640
								Maag Law Firm, LLC
								22 West Lorena Avenue
								Wood River, IL  62095
								Phone:  618-216-5291
								tmaag@maaglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed, using the CM/ECF system, which will send notification to the following:

Robert Hogue #6318000
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 782-5819

Email: robert.hogue@ilag.gov
gls@ilag.gov

Dated: 9-12-2023						*s/*Thomas G. Maag