## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY E. MYERS<br>**Plaintiff(s),**<br><br>**vs.**<br><br>BRENDAN KELLY, in his official capacity as Director of the Illinois State Police<br>**Defendant(s)** | **CIVIL NO.** 23-cv-2553<br><br>**CJRA TRACK:** Track B<br><br>**TRIAL DATE:** 11/18/2024<br><br>**JUDGE:** DWD<br><br>**MANDATORY MEDIATION:** No |

### JOINT REPORT OF PARTIES AND
### PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on <u>October 24, 2023</u> with attorneys <u>Thomas Maag and Robert Hogue</u> participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1.     Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by <u>December 31, 2023</u>.

2.     Plaintiff's deposition shall be taken by <u>January 31, 2024</u>.

3.     Defendant's deposition shall be taken by <u>February 29, 2024</u>.

4.     Motions to amend the pleadings, including the commencement of a third party action, shall be filed by <u>December 31, 2023</u> (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

*Rev 11/20*

5.      Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
Plaintiff's expert(s): <u>December 31, 2023</u>.
Defendant's expert(s): <u>February 29, 2024</u>.
Third Party expert(s): <u>January 31, 2024</u>.

6.      Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): <u>February 29, 2024</u>.
Defendant's expert(s): <u>March 31, 2024</u>.
Third Party expert(s): <u>March 31, 2024</u>.

7.      The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☐ do ☒ do not anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than <u>Click here to enter a date</u>.  (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

8.      **Discovery** shall be completed by <u>May 31, 2024</u> (which date shall be no later than **130 days** before the first day of the month of the trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9.      All **dispositive motions** shall be filed by <u>June 30, 2024</u> (which date shall be no later than **100 days** before the first day of the month of the trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

10.     The parties should consult Judge Dugan's case management procedures regarding discovery disputes prior to filing any motions concerning discovery.

DATED:  October 25, 2023

s/ Thomas Maag (with consent)
_____
Attorney(s) for Plaintiff(s)

s/ Robert Hogue III
_____
Attorney(s) for Defendant(s)

*s/ David W. Dugan*
DAVID W. DUGAN
U.S. District Judge
DATED: 10/26/2023

*Rev 11/20*