IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY E. MYERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No. 23-2553-DWD-MAB |
| ) | |
| **BRENDAN KELLY, in his official capacity** ) | |
| **as Director of the Illinois State Police,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO AMEND THE SCHEDULING ORDER

NOW COMES Defendant, BRENDAN KELLY, in his official capacity as Director of the Illinois State Police, by and through its attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 16(b)(4), hereby moves to amend the Scheduling Order. Defendant states the following in support:

1. On July 24, 2023, this matter was removed from the Circuit Court of Madison County to this Court. (Doc. 2).

2. On October 26, 2023, the Court adopted the proposed scheduling order of the parties. (Doc. 29).

3. Since the scheduling order was entered, counsel for the parties have been in communication. However, due to scheduling conflicts from both sides, discovery has been difficult to complete.

4. The parties had depositions scheduled in February 2024, *see* Exhibit A, but were unable to complete the depositions due to scheduling issues. Counsel for the parties have been in communication since attempting to reschedule, including but not limited to, February 27, April 15, and May 29.

5. The parties need more time to conduct depositions and written discovery. If this motion is granted, the undersigned will be in contact with counsel for Plaintiff to coordinate discovery.

6. The undersigned did reach out to counsel for Plaintiff before filing this motion but was only able to speak with counsel's law partner, who advised that counsel is currently unavailable.

7. Therefore, the Defendant respectfully requests to modify the scheduling order.

8. A schedule may be modified for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). Here, the parties need to engage in discovery to properly prepare for this matter. Additionally, the scope of the claims before the Court only recently became firm after the Court dismissed Count II on April 22, 2024.

WHEREFORE, the Defendant moves this honorable Court to amend the scheduling order and by resetting jury trial and dispositive motion settings in this action and adding 90 days to each deadline in the current scheduling order.

Respectfully submitted,

BRENDAN KELLY, in official capacity as Director of the Illinois State Police,

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant,

By: /s/Robert Hogue
Robert Hogue, #6318000
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701

Telephone: (217) 782-2077  
Facsimile: (217) 524-5091  
E-Mail: robert.hogue@ilag.gov  
gls@ilag.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GARY E. MYERS,** )<br>)<br>  **Plaintiff,** )<br>)<br>  -vs- )<br>)<br>**BRENDAN KELLY, in his official capacity** )<br>**as Director of the Illinois State Police,** )<br>)<br>  **Defendant.** ) | Case No. 23-2553-DWD-MAB |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, the foregoing document, ***Defendant's Motion to Amend the Scheduling Order***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Maag  
tmaag@hometel.com  
tmaag@maaglaw.com  
maaglawoffice@gmail.com

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

NONE

Respectfully submitted,

By:   /s/Robert Hogue_____
Robert Hogue, #6318000
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-2077 (phone)
(217) 524-5091 (fax)

Email: robert.hogue@ilag.gov