# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY E. MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-CV-2553 |
| ) | |
| BRENDAN KELLY, in his official capacity as ) | |
| Director of the Illinois State Police, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff Gary E. Myers, by and through his attorneys, Thomas G. Maag and the Maag Law Firm, LLC. and MOVES this Honorable Court for on order voluntarily dismissing this case without prejudice.  In support Plaintiff states:

1. That Plaintiff Myers has undergone surgery such that he is effectively unable to speak, except with assistance of an electronic device, which even in person is, candidly, barely understandable.

2. That Defendant wishes to depose Plaintiff, and ordinarily there would be no objection to this, and, in fact, it likely would already have been accomplished.

3. However, due to Plaintiff's medical condition, Plaintiff is highly embarrassed as to his substantial inability to be understood orally, coupled with his actual substantial inability to be understood, would make a typical oral deposition difficult at best, and likely practically impossible.

4. That while it is recognized that there are likely other options, Defendant refuses to agree to any alternatives other than an actual oral deposition.

5.  To that end, Plaintiff has directed counsel voluntary dismiss this case without prejudice, on account of his difficulty in prosecuting this case.

WHEREFORE, Plaintiff moves to Voluntarily Dismiss this case, without prejudice.

Dated:  8-26-2024

Respectfully Submitted,
Gary E. Myers,

s/Thomas G. Maag
Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL  62095
Phone:  618-216-5291
tmaag@maaglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed, using the CM/ECF system, which will send notification to the following:

Robert.Hogue@ilag.gov

Dated:  8-26-2024                                                                                   s/*Thomas G. Maag*