IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GARY E. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-2553-DWD |
| | ) | |
| BRENDAN KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on August 27, 2024 (Doc. 40), Count I is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

Pursuant to the Order entered on April 22, 2024 (Doc. 31), Count II of Plaintiff's Complaint was **DISMISSED without prejudice.**

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: August 27, 2024**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**